**Entered on Docket**
**September 14, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank Trust Company Americas, as Trustee, for certificate holders of Bear Stearns Asset
Backed Securities, Inc. Asset Backed Certificates, 2006-QS17
09-72854

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | BK-S-09-16717-mkn |
|---|---|
| Monica L. McGuire | Date: 8/19/09 |
| | Time: 1:30pm |
| | |
| | Chapter 7 |
| Debtor. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Deutsche Bank Trust Company Americas, as Trustee, for certificate holders of Bear

Stearns Asset Backed Securities, Inc. Asset Backed Certificates, 2006-QS17, its assignees and/or

successors in interest, of the subject property, generally described as 118 Dogwood St., Henderson, NV

89015.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

**give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**


By _K. Solost #10235_

    **GREGORY L. WILDE, ESQ.**
    Attorney for Secured Creditor
    208 South Jones Boulevard
    Las Vegas, Nevada 89107

APPROVED / DISAPPROVED


_____
Kenneth K. Liu
819 South 6th Street
Las Vegas, NV 89101
Attorney for Debtor(s)


APPROVED / DISAPPROVED


_____
Lenard E Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV 89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_X\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_    approved the form of this order       \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or   \_X\_   failed to respond to the document

\_\_\_\_    appeared at the hearing, waived the right to review the order

\_\_\_\_    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_    approved the form of this order       \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or   \_X\_   failed to respond to the document

Other Party:_____

\_\_\_\_    approved the form of this order       \_\_\_\_    disapproved the form of this order

\_\_\_\_    waived the right to review the order and/or   \_\_\_\_\_   failed to respond to the document

Breach Order:

\_\_\_\_\_   This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor